AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Pablo Chapablanco__
DEPUTY

United States of America
v.

Javier CARDOZA Rodriguez

*Defendant(s)*

Case No. **EP:24-M-00945-ATB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 20, 2023/October 16, 2022 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 & 846 | Conspiracy to Possess with Intent to Distribute more than 5 kilograms of cocaine |
| 8 USC 1325 (a)(1) | Improper Entry into the United States by an Alien |

This criminal complaint is based on these facts:

See Attachment A

☐ Continued on the attached sheet.

A true copy of the original. I certify,
Clerk, U.S. District Court
By P.C.
Deputy

Complaint sworn to telephonically on
February 29, 2024 at 06:40 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Uriel Acosta*
*Complainant's signature*

Uriel Acosta/FBI Special Agent
*Printed name and title*

Date: February 29, 2024

*Judge's signature*

City and state: El Paso, Texas

United States Magistrate Judge Anne T. Berton
*Printed name and title*

United States of America
v.
Javier Cardoza Rodriguez

## Attachment A

Your affiant, Special Agent Uriel Acosta with the Federal Bureau of Investigation (FBI), being duly sworn does depose and state the following: your affiant is a Special Agent with the FBI since May 2018, and is currently assigned to the El Paso Field Office. Your affiant has received specialized training in controlled substance violations, including but not limited to Title 21 of the United States Code. Your affiant is familiar with investigations involving the transportation, storage, and distribution of controlled substances. This attachment does not discuss all the details of the investigation but is being submitted for the limited purpose of establishing probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

In or about July 2023, information was received from an FBI confidential source that a subject known to the FBI as GORDO was looking for people willing to transport approximately 60 kilograms of cocaine from El Paso, Texas to Virginia. Shortly thereafter, GORDO advised that the organization had 70 kilograms ready in El Paso, but still had to consolidate them before turning them over. As the logistic communications continued, it was learned through GORDO that the organization wanted to transport the cocaine to Virginia, Florida, Cincinnati, or North Carolina. The confidential source reported that GORDO was working for a man known as R100, a plaza boss operating for La Linea Cartel. A Homeland Security Investigations (HSI) undercover agent (UCE) was introduced as a truck driver and someone willing to transport the cocaine to those destinations. On July 20, 2023, an operation was conducted in which 35 bundles of cocaine were seized in El Paso, Texas with a final weight of approximately 40.5 kilograms.

On February 14, 2024, FBI Border Liaison Officer (BLO) Rodolfo Ortega received information from the Government of Mexico (GOM) related to R100, who was identified by GOM as Javier CARDOZA Rodriguez. CARDOZA was also identified by GOM by the nicknames of Seinsei, Karateca and/or Rolex. Agents researched and found that CARDOZA was in the Western District of Texas on bail from an immigration court. On February 15, 2024, CARDOZA was placed into custody by agents from Immigration and Customs Enforcement in El Paso, Texas. Upon being placed into custody, BLO Ortega and agents from Department of Homeland Security (DHS) interviewed him. During this interview, CARDOZA denied being the same person as R100, and added he worked for a member of the Juarez Cartel known as R100. CARDOZA further stated his boss had already died and he was buried in Ciudad Juarez. CARDOZA stated he was in charge of collecting drug proceeds from money couriers in Ciudad Juarez and delivering bribe money to multiple Mexican Government Officials on behalf of R100.

In addition, a telephonic analysis was conducted on two telephones which CARDOZA provided consent to search. Several text messages and pictures were found indicating that CARDOZA was the same person as R100, Karateca and Sensei, to include a photograph

depicting the names of "Jenyfer y Sensei" written on the sand. CARDOZA also has text message communications with Mexican singer A.L. in which it he is coordinating the composing of the lyrics for a "Narco Corrido." A.L. composed three songs for "R100," "Rolex" and "Sensei," which include some of the lyrics provided by CARDOZA.

Moreover, during a property search of CARDOZA's vehicle after his apprehension, the agents found a baseball cap with the numbers "727" and a logo of a plane. It is known to law enforcement that members of La Linea Cartel use "727" and the logo of the plane which represent Boeing 727 planes, the type of planes used by the leader of the Juarez Cartel, Amado CARRILLO Fuentes to transport cocaine.

In a subsequent interview, the confidential source reported being familiar with R100's voice, due to having heard his voice for long periods of time. The confidential source reported that R100 would give orders to Drug Trafficking Organization (DTO) members of La Linea via telephone or radio. The orders included narcotics trafficking, kidnapping, tortures and murders. During the interview, the confidential source was played a recording of CARDOZA's voice but did not disclose to the confidential source whose voice that was. The confidential source immediately identified the voice as that of R100. The agents also showed a photograph of CARDOZA to the confidential source, but he was not able to recognize him. The confidential source stated he/she had never seen R100 in person, only heard him over the telephone or radio.

From the immigration paperwork, agents learned that CARDOZA is a citizen of Mexico and alien to the United States. On June 2, 2023, CARDOZA had been intercepted by immigration agents in the District of New Mexico. The subject presented service form I-797 to the agent. The agent advised the subject that the form he provided did not grant him any immigration status or benefit. CARDOZA admitted that he last entered the United States on October 16, 2022 via El Paso, Texas near Ascarate Park – which is within the Western District of Texas. That area is not a place designated as a port of entry by the Secretary of the Department of Homeland Security of the United States.

Uriel Acosta/FBI Special Agent